**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CRYSTAL BAKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PIVOTAL HOME SOLUTIONS, )<br>)<br>Defendant. )<br>)<br>) | Case No.: 1:17-CV-09260<br><br>Honorable Gary Feinerman |

## STATUS REPORT

Defendant Pivotal Home Solutions, ("Defendant"), by and through its attorneys and pursuant the Court's April 5, 2018 Order (Dkt. 16), hereby submit their Joint Status Report as follows:

1. On December 25, 2017, Plaintiff Crystal Baker ("Plaintiff") filed her Complaint against Defendant alleging sex discrimination and harassment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e, *et. seq.* and the Illinois Human Rights Act, 775 ILCS 5/2-102, Sec. 5/2-101(E)(3), and intentional infliction of emotional distress under Illinois law. (Dkt. 1).

2. On February 14, 2018, Defendant filed its Motion to Dismiss Plaintiff's Complaint and Compel Arbitration or, In The Alternative, To Stay Litigation Pending Arbitration ("Motion"). Plaintiff did not file a Response or otherwise object to Defendant's Motion.

3. On April 5, 2018, the Court granted Defendant's Motion and ordered Plaintiff to pursue her claims in arbitration pursuant to Defendant's SHARE Guidebook, and staying the

instant suit pending resolution of the arbitration. The Court Ordered the parties file a Joint Status Report by October 17, 2018 regarding the arbitration proceedings. (Dkt. 16).

4. On October 16, 2018, counsel for the parties conferred regarding Plaintiff's intention to pursue arbitration in this case. Plaintiff's counsel informed counsel for Defendant that Plaintiff intends to request and begin scheduling the arbitration of her claims no later than the week of October 22, 2018.

5. On October 17 and October 18, counsel for Defendant attempted to confer with counsel for Plaintiff regarding the preparation and filing of the Joint Status Report. Defendant has not yet received a response from Plaintiff's counsel.

6. As of the date of this Status Report, the Plaintiff has not requested and the parties have not pursued arbitration of Plaintiff's claims.

RESPECTFULLY SUBMITTED this 19th day of October, 2018

        PIVOTAL HOME SOLUTIONS

        */s/ Bryan R. Bienias*
        Attorney for Defendant

        Uma Chandrasekaran
        (uchandrasekaran@seyfarth.com)
        Bryan R. Bienias
        (brbienias@seyfarth.com)
        Seyfarth Shaw LLP
        233 S. Wacker Drive, Suite 8000
        Chicago, Illinois 60606-6448
        (312) 460-5000
        (312) 460-7000 (facsimile)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 19th day of October, 2018, I served a true and correct copy of the foregoing **STATUS REPORT** with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including:

>Justin Koslan Schwartz
>Law Office of Justin Schwartz
>1723 W. Devon Ave.
>#607882
>Chicago, IL 60606
>847-687-5477
>justinschwartzlaw@gmail.com

>/s/ *Bryan R. Bienias*