UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL BAKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PIVOTAL HOME SOLUTIONS, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 1:17-CV-09260 <br><br> Honorable Gary Feinerman |

## JOINT STATUS REPORT

Plaintiff Crystal Baker ("Plaintiff") and Defendant Pivotal Home Solutions, ("Defendant"), by and through their attorneys and pursuant the Court's October 22, 2018 Order (Dkt. 18), hereby submit their Joint Status Report as follows:

1. On December 25, 2017, Plaintiff filed her Complaint against Defendant alleging sex discrimination and harassment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e, *et. seq.* and the Illinois Human Rights Act, 775 ILCS 5/2-102, Sec. 5/2-101(E)(3), and intentional infliction of emotional distress under Illinois law. (Dkt. 1).

2. On February 14, 2018, Defendant filed its Motion to Dismiss Plaintiff's Complaint and Compel Arbitration or, In The Alternative, To Stay Litigation Pending Arbitration ("Motion"). Plaintiff did not file a Response or otherwise object to Defendant's Motion.

3. On April 5, 2018, the Court granted Defendant's Motion and ordered Plaintiff to pursue her claims in arbitration pursuant to Defendant's SHARE Guidebook. The Court stayed the instant suit pending resolution of the arbitration. (Dkt. 16).

2

4.  On October 19, 2018, the parties filed a Joint Status Report notifying the Court of Plaintiff's intention to request and begin scheduling the arbitration of her claims no later than the week of October 22, 2018. (Dkt. 17).

5.  On April 3, 2019, Defense counsel contacted Plaintiff's counsel to confer regarding the filing of this Joint Status Report and Plaintiff's intention to pursue arbitration in this case. Plaintiff's counsel stated that Plaintiff intends to pursue arbitration and inquired as to next steps. The parties continue to confer regarding the appropriate steps to initiate arbitration.

6.  As of the date of this filing, the parties have not arbitrated Plaintiff's claims.

RESPECTFULLY SUBMITTED this 9th day of April, 2019.

                                                                          PIVOTAL HOME SOLUTIONS

                                                                          */s/ Bryan R. Bienias*_____
                                                                          Attorney for Defendant

                                                                          Uma Chandrasekaran
                                                                          (uchandrasekaran@seyfarth.com)
                                                                          Bryan R. Bienias
                                                                          (brbienias@seyfarth.com)
                                                                          Seyfarth Shaw LLP
                                                                          233 S. Wacker Drive, Suite 8000
                                                                          Chicago, Illinois 60606-6448
                                                                          (312) 460-5000
                                                                          (312) 460-7000 (facsimile)

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on this 9th day of April, 2019, I served a true and correct copy of the foregoing **STATUS REPORT** with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including:

> Justin Koslan Schwartz
> Law Office of Justin Schwartz
> 1723 W. Devon Ave.
> #607882
> Chicago, IL 60606
> 847-687-5477
> justinschwartzlaw@gmail.com

                       /s/ *Bryan R. Bienias*

55967603v.1