UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Crystal Baker
                    Plaintiff,

v.                                       Case No.: 1:17−cv−09260
                                                      Honorable Gary Feinerman

Pivotal Home Solutions
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 14, 2019:

       MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Plaintiff failed to appear. For the reasons stated on the record, this case is dismissed with prejudice for want of prosecution. Enter judgment order. Civil case remains closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.