

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PIVOTAL HOME SOLUTIONS, ) | |
| ) | |
| Defendant. ) | Case No.: 1:17-CV-09260 |
| ) | |
| ) | Honorable Gary Feinerman |

Motion Of Continuous

I Crystal Baker filed a motion for this case on 12/28/20 for a continuous and I would like Attorney Justin Schwartz and any email or addresses associated with him to please be removed from the Docket. He did absolutely nothing with the case and we have a breech of contract. Please send information concerning the case to me Crystal Baker, cbaker2526@gmail.com, gailrodgers2601@icloud.com

Crystal Baker
Cbaker2526@gmail.com
2708 Village Green Dr
 Apt.C4
Aurora IL 60504
(630)835-1596