IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Crystal Baker,
    Plaintiff,

v.

Pivotal Home Solutions,
    Defendant

Case No.: 1:17−cv−09260
Hon. Gary Feinerman

### RESPONSE TO RULE TO SHOW CAUASEW AND MOTION TO CONTINUE

Justin Schwartz here responds to the Court's Rule to Show Cause and moves to continue this matter because of a conflict.

1. The Court orders counsel to explain why he should not be sanctioned for failure to comply with the Court's Order of Dec. 30, 2020. Counsel; here explains that, as stated in his answer to (2) below, he believed that he had withdrawn from this matter, and was being notified of whatever proceedings occurred as a former counsel. He noted that the communications regarding the matter stated that the case was closed, and therefore, since he thought he was no longer counsel of record, did not concern him. Obviously, he read these communications with insufficient attention, and offers the court his sincere apologies for this neglect.

2. The Court orders counsel to explain why he should not be sanctioned for apparently abandoning Plaintiff in this suit. As best as counsel can recall, he informed Plaintiff by telephone that he was unable to continue his representation, and that Plaintiff should seek other counsel sometime in 2018. He intended to file his formal withdrawal around that time and believed, wrongly, that he had done so. Counsel was at that time experiencing

considerable emotional distress due to personal difficulties, which distress he has overcome by seeking counseling and medication. That was why Counsel felt it necessary to end his representation. He has no excuse for his failure to actually file his motion to withdraw. He thought he had done it, and attributes his default to his then distressed state of mind. He offers his apologies to Plaintiff.

3. Counsel has a conflict on March 29, 2021, and cannot attend the scheduled hearing on that date. He has to be in Vermilion County Circuit Court on a number of matters, including several pleas scheduled there for that date. He requests that this matter be continued until April 12, or 26, 2021, if it has to be on a Monday, or until such date as pleases the Court.

| March 22, 2021 | /s/ Justin Schwartz<br>Justin Schwartz<br>ARDC No. 6257328<br>1723 W. Devon Ave #607882<br>Chicago, IL 60660<br>847-687-5477<br>justinschwartzlaw@gmail.com |
|---|---|

## NOTICE OF FILING AND PROOF OF SERVICE

I, Justin Schwartz, an attorney, state that I caused the attached document to be filed using the CM/ECF system and served on counsel for Defendants using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

/s/Justin Schwartz                    March 22, 2021
Justin Schwartz