# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Crystal Baker

          Plaintiff,

v.                    Case No.: 1:17−cv−09260
                   Honorable Gary Feinerman

Pivotal Home Solutions

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 23, 2021:

  MINUTE entry before the Honorable Gary Feinerman:Attorney Justin Koslan Schwartz's response [36] to the show cause order [35] is inadequate, and his inattention to this matter appears to be unjustified. This matter is referred to the Executive Committee of the Northern District of Illinois for consideration of whether Attorney Schwartz should remain a member of the bar of this Court, whether he should be referred to the IARDC, and/or whether some other sanction or discipline should be imposed. The status hearing set for 3/29/2021 [35] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.